In re CRAMSEY. (Supreme Court, Appellate Division, First Department. October 15, 1909.) In the matter of J. Edward Cramsey.

No opinion. Order affirmed, with $10 costs and disbursements. Order filed.